1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David V. Smith,          ) | No. CV-03-181-PHX-DGC (LOA) |
| Plaintiff,  ) | **ORDER** |
| v.                )  | |
| Sheriff Joseph M. Arpaio, ) | |
| Defendant.   ) | |

Pending before the Court is United States Magistrate Judge Lawrence Anderson's Report and Recommendation ("R&R"). Doc. #10. The R&R recommends that the Court dismiss Plaintiff's complaint without prejudice for his failure to prosecute and comply with the Court's orders. *Id.* at 2-4 (citing Fed. R. Civ. P. 41(b); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (holding that district court did not abuse its discretion in dismissing the pro se plaintiff's complaint for failing to comply with a court order)). The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 4 (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

1   The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See* Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"); 28 U.S.C. § 636(b)(1) (same); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss the complaint without prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. The Magistrate Judge's R&R (Doc. #10) is **accepted**.
2. Plaintiff's complaint (Doc. #1) is **dismissed without prejudice**.
3. The Clerk shall **terminate** this action.

DATED this 31st day of March, 2006.

_____
David G. Campbell
United States District Judge

- 2 -